# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** ALAN L & MICHELLE M MCMUNN
- **Case Number:** 17-22625-GLT      **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 11, 2018 11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#23 - Final Confirmation of Plan Dated 7/21/2017 (NFC)
R / M #: 23 / 0

### *Appearances:*     A. Studd

- Debtor:
- Trustee: Winnecour / (Pail) / Katz
- Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to  5/24/18  at  11:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/4/2018    2:00:04PM