IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  17-22625 GLT |
| | ) | Chapter 13 |
| Alan L. McMunn | ) | |
| Michelle M. McMunn, | ) | |
|     *Debtors* | ) | Docket No. |
| | ) | |
| Alan L. McMunn | ) | |
| Michelle M. McMunn, | ) | |
|     *Movants* | ) | Related to Claim No. 1 |
| | ) | |
| vs. | ) | |
| | ) | |
| Specialized Loan Servicing, LLC as servicer | ) | |
| for US Bank National Association, | ) | |
|     *Respondent* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on February 2, 2018, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Objection to Claim Number 1 Filed by Respondent* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Specialized Loan Servicing LLC
8742 Lucent Boulevard, Suite 300
Highlands Ranch, CO 80129

Andrew Kussmaul, Esq.
Buckley Madole PC
PO Box 9013
Addison, TX 75001


Date of Service: February 2, 2018

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965