**FILED**
**MAR 28 2018**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  : Case No.:    17-22625-GLT
                                                        : Chapter:     13
Alan L McMunn                                           :
Michelle M McMunn                                       :
                                                        : Date:        3/28/2018
              *Debtor(s).*                              : Time:        09:30

## PROCEEDING MEMO

*MATTER:*       # 41 Objection to Claim of Specialized Loan Servicing as servicer for
                US Bank National Association. At claim number 1.
                # 45 -Response filed by SPS

*APPEARANCES:*
                Debtor:      Lauren Lamb
                U.S. Bank:   James Warmbrodt

*NOTES:*

Lamb: No issue with the total amount due listed on the proof of claim. Withdraws the objection.

Court: Are you going to change the treatment of the claim in the plan to indicate that it's a pay-in-full claim?

*OUTCOME:*

1. The objection [Dkt. No. 41] is denied as withdrawn. (Text Order to issue.)

2. On or before April 28, 2018, the Debtor shall file an amended plan modifying the treatment of Claim No. 1. (Text Order to issue.)

3. On or before April 28, 2018, U.S. Bank shall file an amended Claim No. 1 to rectify the amount of the arrearage existing as of the petition date. (Text Order to issue.)

**DATED:** 3/28/2018