Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Alan L McMunn
Michelle M McMunn**
   Debtor(s)

Bankruptcy Case No.: 17−22625−GLT
Chapter: 13
Related to Document No.:
Concil. Conf.: June 14, 2018 at 11:30 AM

## ORDER

On March 28, 2018, a hearing was conducted on the Objection to Claim of Specialized Loan Servicing, at which time the Court determined that an Amended Plan is necessary.

**AND NOW,** this **The 4th of May, 2018**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before 5/14/18,** the Debtor(s) shall file and serve a copy of this **Order** and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

(2) **On or before 6/7/18,** all **Objections** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On June 14, 2018 at 11:30 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6) The Debtor shall comply with the Text Order Dated 3/28/18

Dated: May 4, 2018

cm: Debtor
    Debtors' Counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Alan L McMunn
Michelle M McMunn
    Debtors

Case No. 17-22625-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: hthu     Page 1 of 1     Date Rcvd: May 04, 2018
                         Form ID: 005    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db/jdb        +Alan L McMunn,   Michelle M McMunn,   335 Glorietta Hill Rd.,   Apollo, PA 15613-8003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:

       James Warmbrodt    on behalf of Creditor    U.S Bank National Association, As Trustee, successor in Interest to Bank of America, National Association As Trustee As successor by merger to Lasalle Bank National Association As Trustee for EMC Mort bkgroup@kmllawgroup.com
       Kenneth Steidl    on behalf of Debtor Alan L McMunn julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
       Kenneth Steidl    on behalf of Joint Debtor Michelle M McMunn julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                               TOTAL: 6