**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                             Bankruptcy Case No.: 17−22625−GLT
                                                   Related dkt. No. 47
                                                   Chapter: 13
                                                   Docket No.: 48 − 47
                                                   Conciliation Conference Date: 6/14/18 at 11:30 AM

**Alan L McMunn**                                  Michelle M McMunn
   Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____          _____
             (Date)                              (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Alan L McMunn
Michelle M McMunn
    Debtors

Case No. 17-22625-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: hthu                  Page 1 of 1                  Date Rcvd: May 04, 2018
                            Form ID: 150                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db/jdb         +Alan L McMunn,   Michelle M McMunn,   335 Glorietta Hill Rd.,   Apollo, PA 15613-8003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    U.S Bank National Association, As Trustee, successor
       in Interest to Bank of America, National Association As Trustee As successor by merger to
       Lasalle Bank National Association As Trustee for EMC Mort bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Debtor Alan L McMunn julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
       inberg.com
      Kenneth Steidl    on behalf of Joint Debtor Michelle M McMunn julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
       inberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                           TOTAL: 6