FILED
5/21/18 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-22625 GLT |
| ) | Chapter 13 |
| ALAN MCMUNN, ) | Docket No. 52 |
| MICHELLE MCMUNN ) | |
| *Debtors* ) | |
| ) | |
| ALAN MCMUNN, ) | |
| MICHELLE MCMUNN ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __21st__ day of __May__, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor is approved to obtain a loan for no more than $20,000.00, with a monthly payment of no more than $400.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle;

2. The Debtors are permitted to purchase a 2015 Jeep Patriot with approximately 57,000 miles or something similar;

3. The Debtors are permitted to use their currently vehicle (2007 GMB Envoy) as a trade-in toward the new purchase;

4. The vehicle must be purchased within 30 days of the date of this order;

5. The Debtors will file a report of financing within 10 days of purchase of the vehicle.

6. The Debtors shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased.

_____J.
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

/s/ Jana Pail                                       /s/ Kenneth Steidl
Jana Pail, Esquire                              Kenneth Steidl, Esquire
Office of the Chapter 13 Trustee       Attorney for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Alan L McMunn
Michelle M McMunn
    Debtors

Case No. 17-22625-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: May 21, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.
db/jdb       +Alan L McMunn,    Michelle M McMunn,    335 Glorietta Hill Rd.,    Apollo, PA 15613-8003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
         James Warmbrodt     on behalf of Creditor     U.S Bank National Association, As Trustee, successor in Interest to Bank of America, National Association As Trustee As successor by merger to Lasalle Bank National Association As Trustee for EMC Mort bkgroup@kmllawgroup.com
         Kenneth Steidl     on behalf of Debtor Alan L McMunn julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
         Kenneth Steidl     on behalf of Joint Debtor Michelle M McMunn julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                 TOTAL: 6