IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Alan L. McMunn | ) | |
| Michelle M. McMunn, | ) | Case No. 17-22625 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Michelle M. McMunn, | ) | Related to Document No. 65 |
| Social Security No. XXX-XX- 0700 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| CVS Caremark, LLC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 14, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

CVS Caremark, LLC
Attn: Payroll Dept.
1 CVS Drive
Woonsocket, RI 02895

Michelle M. McMunn
335 Glorietta Hill Rd.
Apollo, PA 15613

Date of Service:      June 14, 2018       /s/ Kenneth Steidl
                                          Kenneth Steidl, Esquire
                                          STEIDL & STEINBERG
                                          28th Floor, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          ken.steidl@steidl-steinberg.com