IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/13/18 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-22625 GLT |
| Alan L. McMunn ) | Chapter 13 |
| Michelle M. McMunn, ) | |
|    *Debtor* ) | Docket No. 55 and 59 |
| ) | |
| Alan L. McMunn ) | |
| Michelle M. McMunn, ) | |
|    *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Pennsylvania Housing Finance Agency, Specialized ) | |
| Loan Servicing, US Bank, LVNV Funding, Credit ) | |
| Acceptance Corp., and Ronda J. Winnecour, Trustee,) | |
|    *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit this ___13th___ day of ___June___, 2018 it is hereby ORDERED, ADJUDGED and DECREED that the Order of Court dated June 7, 2018 dismissing the Chapter 13 case of Alan and Michelle McMunn is hereby vacated. This case shall proceed as an open, active Chapter 13 Bankruptcy Case. The Court will issue a separate Order scheduling a conciliation conference for the Amended Plan dated 6/11/18 [Dkt. No. 60]

Dated: 6/13/18

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

cm: Kenneth Steidl, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-22625-GLT
Alan L McMunn                                                       Chapter 13
Michelle M McMunn
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2               Date Rcvd: Jun 13, 2018
                              Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db/jdb         +Alan L McMunn,    Michelle M McMunn,    335 Glorietta Hill Rd.,    Apollo, PA 15613-8003
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14650618        Pennsylvania Housing Finance,    211 North Front Street,    PO Box 15206,
                 Harrisburg, PA 17105-5206
14650619       +Specialized Loan Servicing, Inc.,    c/o McCabe, Weisberg & Conway,    123 South Broad St.,
                 Suite 1400,    Philadelphia, PA 19109-1060
14650620        Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
14673008       +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14732531       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2018 02:02:43
                LVNV Funding, LLC its successors and assigns as,    assignee of B-Line, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14748872       E-mail/Text: blegal@phfa.org Jun 14 2018 01:58:17       PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S Bank National Association, As Trustee, success
14748888*      ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
                 (address filed with court:  PHFA/HEMAP,    211 NORTH FRONT ST,    PO BOX 8029,
                 HARRISBURG, PA 17105)
14665954*       Pennsylvania Housing Finance,    211 North Front Street,    PO Box 15206,
                 Harrisburg, PA 17105-5206
14665955*      +Specialized Loan Servicing, Inc.,    c/o McCabe, Weisberg & Conway,    123 South Broad St.,
                 Suite 1400,    Philadelphia, PA 19109-1060
14665956*       Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
                                                                                TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S Bank National Association, As Trustee, successor
               in Interest to Bank of America, National Association As Trustee As successor by merger to
               Lasalle Bank National Association As Trustee for EMC Mort bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Alan L McMunn julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Joint Debtor Michelle M McMunn julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2           User: gamr              Page 2 of 2              Date Rcvd: Jun 13, 2018
                               Form ID: pdf900         Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 6