IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alan L. McMunn ) | Case No. 17-22625 GLT |
| Michelle M. McMunn, ) | Chapter 13 |
|    Debtors ) | Related to Docket No. 89 |
| ) | |
| ) | |
| Alan L. McMunn ) | Related to Claim 2 |
| Michelle M. McMunn, ) | |
|    Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| LVNV Funding LLC, its successors and ) | |
| assignee of B-Line, LLC ) | |
|    Respondent ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on October 31, 2019, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Order of Court dated October 28, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

LVNV Funding
c/o Resurgent Capital
Attn; Susan Gaines, Claim Processor
Po Box 10587
Greenville, SC 29603-0587

Alan & Michelle McMunn
335 Glorietta Hill Rd.
Apollo, PA 15613

Date of Service: October 31, 2019

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965