**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:                                             Case No. 17-22625-glt
                                                            Chapter 13

Alan L. McMunn
Michelle M. McMunn

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-B, Mortgage Pass-Through Certificates, Series 2005-B**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                  **Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

                                    By:    /s/ Steven K. Eisenberg
                                                    Steven K. Eisenberg, Esquire
                                                    Bar No: 75736
                                                    Stern & Eisenberg, PC
                                                    1581 Main Street, Suite 200
                                                    The Shops at Valley Square
                                                    Warrington, PA 18976
                                                    Phone: (215) 572-8111
                                                    Fax: (215) 572-5025
                                                    seisenberg@sterneisenberg.com
                                                    Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 11th day of November, 2021, to the following:

Kenneth Steidl
Steidl & Steinberg
707 Grant Street Suite 2830
Gulf Tower
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com
***Attorney for Debtor(s)***


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter 13 Trustee***


U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Alan L. McMunn
335 Glorietta Hill Road
Apollo, PA 15613

Michelle M. McMunn
335 Glorietta Hill Road
Apollo, PA 15613
***Debtor(s)***


      By:      /s/ Steven K. Eisenberg
             Steven K. Eisenberg, Esquire