Certificate Number: 14424-PAW-DE-036498533

Bankruptcy Case Number: 17-22625



14424-PAW-DE-036498533

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 25, 2022, at 9:53 o'clock AM EDT, Alan Mcmunn completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    April 25, 2022            By:    /s/Edsie Lim

                                   Name:   Edsie Lim

                                   Title:  Certified Personal Finance Counselor