UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/17/22 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  ALAN L MCMUNN
  MICHELLE M MCMUNN
         Debtor(s)

  Ronda J. Winnecour, Trustee
         Movant
         vs.
  ALAN L MCMUNN
  MICHELLE M MCMUNN

         Respondents

Case No.17-22625GLT

Chapter 13

Related to Dkt. No. 105

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 17th day of June 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

Caremark Llc
Attn : Payroll Manager
1 Cvs Dr
Woonsocket, RI 02895

is hereby ordered to immediately terminate the attachment of the wages of MICHELLE M MCMUNN, social security number XXX-XX-0700. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHELLE M MCMUNN.

BY THE COURT:

_____
GREGORY␣L␣TADDONIO     jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22625-GLT |
| Alan L McMunn | Chapter 13 |
| Michelle M McMunn | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan L McMunn, Michelle M McMunn, 335 Glorietta Hill Rd., Apollo, PA 15613-8003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S Bank National Association As Trustee, successor in Interest to Bank of America, National Association As Trustee As successor by merger to Lasalle Bank National Association As Trustee for EMC Mort bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor U.S Bank National Association As Trustee, successor in Interest to Bank of America, National Association As Trustee As successor by merger to Lasalle Bank National Association As Trustee for EMC Mort djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Michelle M McMunn julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Alan L McMunn julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Steven K. Eisenberg
    on behalf of Creditor U.S. Bank  National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-B, Mortga seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 9