**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALAN L MCMUNN<br>MICHELLE M MCMUNN<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:17-22625 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 06/28/2017 and confirmed on 08/31/2017 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 139,000.65 |
| Less Refunds to Debtor | 9,662.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 129,337.89 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 11,255.00 | |
| 　Trustee Fee | 6,334.00 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,589.00 |

| Creditor Type　Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　PHFA-HEMAP(*) | 4,500.00 | 4,500.00 | 0.00 | 4,500.00 |
| 　　Acct: 9376 | | | | |
| 　PHFA-HEMAP(*) | 832.91 | 832.91 | 0.00 | 832.91 |
| 　　Acct: 9376 | | | | |
| 　US BANK NA - TRUSTEE ET AL | 77,004.80 | 77,004.80 | 8,039.40 | 85,044.20 |
| 　　Acct: 3516 | | | | |
| | | | | 90,377.11 |
| Priority | | | | |
| 　KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　ALAN L MCMUNN | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　ALAN L MCMUNN | 9,462.76 | 9,462.76 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　ALAN L MCMUNN | 200.00 | 200.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| 17-22625 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   STEIDL & STEINBERG | 7,865.00 | 7,865.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 19,884.90 | 0.00 | 19,884.90 |
|     Acct: 7641 | | | | |
| | | | | 19,884.90 |
| Unsecured | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,486.88 | 1,486.88 | 0.00 | 1,486.88 |
|     Acct: 8005 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,486.88 |
| **TOTAL PAID TO CREDITORS** | | | | 111,748.89 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        82,337.71
UNSECURED        1.486.88

Date: 10/15/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com