IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/13/22 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ALAN L MCMUNN
MICHELLE M MCMUNN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-22625

Chapter 13

Related to Dkt. No. 125

ORDER OF COURT

AND NOW, this 13th day of October 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____
GREGORY L. TADDONIO       jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                    Case No. 17-22625-GLT
Alan L McMunn                                                                                                Chapter 13
Michelle M McMunn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                      Page 1 of 3
Date Rcvd: Oct 13, 2022           Form ID: pdf900           Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan L McMunn, Michelle M McMunn, 335 Glorietta Hill Rd., Apollo, PA 15613-8003 |
| cr | + | U.S. Bank, National Association, as Trustee, as su, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14650618 | | Pennsylvania Housing Finance, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14650619 | + | Specialized Loan Servicing, Inc., c/o McCabe, Weisberg & Conway, 123 South Broad St., Suite 1400, Philadelphia, PA 19109-1060 |
| 15434273 | + | U.S. Bank, National Association, as Trustee, as s, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 14 2022 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2022 00:08:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2022 00:07:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Oct 14 2022 00:07:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14865741 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 14 2022 00:07:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14732531 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 00:15:37 | LVNV Funding, LLC its successors and assigns as, assignee of B-Line, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14748872 | | Email/Text: blegal@phfa.org | Oct 14 2022 00:07:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14883778 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2022 00:07:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14650620 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2022 00:07:00 | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 14673008 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2022 00:07:00 | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S Bank National Association, As Trustee, success |
| 14748888 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14665954 | * | Pennsylvania Housing Finance, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14665955 | *+ | Specialized Loan Servicing, Inc., c/o McCabe, Weisberg & Conway, 123 South Broad St., Suite 1400, Philadelphia, PA 19109-1060 |
| 14665956 | * | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S Bank National Association As Trustee, successor in Interest to Bank of America, National Association As Trustee As successor by merger to Lasalle Bank National Association As Trustee for EMC Mort bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor U.S Bank National Association As Trustee, successor in Interest to Bank of America, National Association As Trustee As successor by merger to Lasalle Bank National Association As Trustee for EMC Mort djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kenneth Steidl | on behalf of Debtor Alan L McMunn julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Michelle M McMunn julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Steven K. Eisenberg | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-B, Mortga seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Oct 13, 2022 Form ID: pdf900 Total Noticed: 15
TOTAL: 9